# GLENN A. GARBER, P.C.
## ATTORNEYS AT LAW

233 BROADWAY, SUITE 2370, NEW YORK, NY 10279

TEL: 212-965-9370   FAX: 212-965-9375

www.glenngarber.com

August 5, 2015

**By ECF**
Honorable John G. Koeltl
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10279

  Re: United States v. Maribel Pantoja
     Dkt. No. 13 Cr. 947 (JGK)

Dear Judge Koeltl:

I am writing to request an adjournment of sentencing from August 6, 2015 to September 18, 2015, at 11 a.m.

This request is being made due to my involvement in a multi-day hearing in *People v. Kelly McTiernan,* NY Co. Ind. No. 5272-2005.

The government does not object to this request; in addition it was vetted with your Courtroom Deputy Donald Fletcher and the Court is available during the proposed date and time.

Thank you for your consideration.

Respectfully,

/s/

Glenn A. Garber

Cc: AUSA Edward Diskant (by ECF)
   AUSA Megan Gaffney (by ECF)